**FILED**
January 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **MS. R. and S.P.R.,** § | |
| Petitioners, § | |
| v. § | **CIVIL NO. SA-25-CV-1818-OLG** |
| **JOSE RODRIGUEZ, JR. *et al.*,** § | |
| Respondents. § | |

## O R D E R

Pending before the Court is Petitioner Ms. R.'s Unopposed Motion to Proceed Under Pseudonym (the "Motion") (Dkt. No. 2), wherein she asks the Court "for leave to proceed under a pseudonym to protect her identity from public disclosure." Dkt. No. 2 at 1. After careful consideration, the Motion (Dkt. No. 2) is **GRANTED**.

**IT IS HEREBY ORDERED** that Ms. R. shall be referenced as such in all public filings submitted in this case.

**IT IS SO ORDERED**.

**SIGNED** this 5th day of January, 2026.

_____
ORLANDO L. GARCIA
United States District Judge