**FILED**
January 22, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MS. R. and S.P.R., | § |
| Petitioners, | § |
| v. | §   CIVIL NO. SA-25-CV-1818-OLG |
| JOSE RODRIGUEZ, JR. et al., | § |
| Respondents. | § |

## ORDER

Pending before the Court is Petitioners' Joint Motion to Dismiss the Petition for a Writ of Habeas Corpus Without Prejudice (the "Motion") (Dkt. No. 19). In the Motion, Petitioners advise that they "are no longer in detention" and that, as a result, their Petition is moot. *See* Dkt. No. 19 at 2. The Court agrees. Because the relief sought by the Petition has been granted, this habeas proceeding is now moot. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Petition (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on January __22__, 2026.

_____
ORLANDO L. GARCIA
United States District Judge